

NUMBER 13-19-00588-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI – EDINBURG

IN THE INTEREST OF A.L. AND K.L., CHILDREN

On appeal from the County Court at Law
No. 5 of Nueces County, Texas.

## MEMORANDUM OPINION
### Before Justices Benavides, Hinojosa, and Tijerina
### Memorandum Opinion by Justice Benavides

Appellant, Jessica Barrera-Lazo, perfected her appeal from a judgment entered by the County Court at Law No. 5 in Nueces County, Texas, in cause number 2019-FAM-60110-5. Appellant has filed an unopposed motion to dismiss the appeal on grounds that it is moot. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent

agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.   Any pending motions are dismissed as moot.

GINA M. BENAVIDES,
Justice

Delivered and filed the
16th day of January, 2020.